

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00599-CV

Dorina Corrente
v.
Cassandra Van Atten, as the Guardian of the Person and Estate of James Van Atten Jr.

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-7541-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Dorina Corrente.

We further order this decision certified below for observance.

January 31, 2019